AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRAD NIKITA VICKERS,

Movant,

**v.**

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  5:20-cr-007-4

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 12, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Accordingly, Respondent's motion to dismiss is granted as unopposed, and Movant's 28 U.S.C. § 2255 motion is dismissed without prejudice.  Additionally, Movant is denied a certificate of appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

_____
Date     *November 12, 2025*

John E. Triplett
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03